# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 2:10-MJ-00483-RJJ |
| vs ) | |
| ) | |
| 2006 MITSUBISHI GALANT ) | |
| BEARING NEVADA LICENSE PLATE ) | |
| 974 WFE ) | |
| _____) | |

Based on Government's Application for an Order to Unseal the Affidavit together with the Application and the Court's Order issued in the above-captioned matter and good cause appearing, therefor

IT SO ORDERED that the Affidavit, the Application and the Court's Order be unsealed.

DATED this __22nd__ day of December, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

3